UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 23-CR-447
:
BART GORE et al., :
:
Defendant. :

## ORDER

Pursuant to the motion filed by the United States, ECF 43, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED as to both Bart Gore and Kevin G. Moore.

**SO ORDERED** this 21st day of January, 2025.

_____
HONORABLE RUDOLPH CONTRERAS
United States District Court Judge